TYPE OF HEARING:       Remark
CASE NUMBER:  1:25-mj-575
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 10/06/2025
TIME: 10:00 a.m.

EASTERN DISTRICT OF VIRGINIA    TAPE: FTR RECORDER
DEPUTY CLERK: Laura Guerra

UNITED STATES OF AMERICA

VS.

Abdul Tahiru

**GOVT. ATTY:**

**DEFT'S ATTY:**

**DUTY AFPD:**

**INTERPRETER:**

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( )   FPD ( ) CJA ( ) Conflict List ( )

Matter came on for an initial appearance. Deft did not appear. Warrant to be issued upon PC statement.

BOND:


(  ) DEFT IS REMANDED TO THE CUSTODY OF THE USMS DUE TO
(  ) RISK OF NON-APPEARANCE (   ) SAFETY OF THE COMMUNITY
(  ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO
DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**