Fort Belvoir

Case# 1:25po2561

Loc code EV12

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

### CONTINUANCE REQUEST/COURT RECORD

*(Court policy: For petty motor vehicle offenses other than DWI/DUI, one continuance 45 days or less from original Court date. For Class A misdemeanors and DWI/DUI, and all second continuances, no continuance except by motion made in court by defendant in person, or by written motion of a defense attorney.)*

Defendant's Name: Abdeel Tahiru   Defendant's Case Number: 1:25PO2561   25mj575

Reason for continuance request: Thought court date was Oct 10th

Original Court Date: 10/10/2025   Continued Date: Nov 17, 2025

✓ Defendant advised of continued date.

✓ Defendant advised of possible consequences:

1. No further continuances except by motion made in Court by defendant in person, or by written motion from defense counsel.

2. If ticket is marked "M/A" then failure to appear will result in an arrest **warrant**.

3. If collateral/fine is set then failure to appear will result in **suspended** operator's license, **tripling** of collateral/fine, and arrest **warrant** if triple collateral not paid.

____ Defendant Self Surrendered

____ Defendant Released on PR Bond, Appearance Date:

Date continuance requested: 10/10/25   Deputy Clerk: J. Black

DATE                            MINUTE ENTRY

10/10/25 — Advised Def of new court date and importance of making sure that date is kept.

*New Court date November 17, 2025*

Def did not have driver license — sd police took ID

Deputy Clerk JB   Def [signature]